UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America

                Government,

     against-

Jose Lagos

                Defendant(s)

-------------------------------------------------------X

**ORDER**

Before Judge : **Paul E. Davison, U.S.M.J**

Case Number: 10Cr392 (CS)

By letter dated November 6, 2019, defendant Jose Lagos seeks appointment of counsel in connection with certain post-conviction proceedings.

The request is **GRANTED**. The Court appoints James DeVita, Esq., as counsel to Mr. Lagos pursuant to the Criminal Justice Act.

Dated: December 18, 2019
White Plains, NY

SO ORDERED: _____
Paul E. Davison
United States Magistrate Judge

Copies mailed 12/18/19
Chambers of Judge Davison